# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN PANKEY | JUDGMENT IN A CIVIL CASE |
| v. | |
| MR. ENDERS, et al. | CASE NUMBER: C07-5312FDB |

      **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    1.    The Court adopts the Report and Recommendation.

    2.    Defendants' motion to dismiss (Doc. #20) is GRANTED.

| | |
|---|---|
| March 14, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | s/ D. Forbes |
| | By, Deputy Clerk |